# Ryu & Ryu PLC

# INVOICE

301 Maple Avenue West Suite 620
Vienna, VA 22180
United States

Invoice # 41
Date: 08/24/2021
Due On: 09/23/2021

Hye Young Son

## VA-80800299-0710==Wage VA Hye Young Son v Friends

## FLSA 20-01064 1064 EDVA

### Services

| Type | Date | Notes | Quantity | Rate | Professional | Total |
|---|---|---|---|---|---|---|
| Service | 08/13/2020 | conference with client re facts of the case | 0.60 | $430.00 | Michael Ryu | $258.00 |
| Service | 08/19/2020 | Discussion of case | 0.20 | $150.00 | Cathy Kim | $30.00 |
| Service | 08/19/2020 | Discussion of case | 0.20 | $430.00 | Michael Ryu | $86.00 |
| Service | 08/20/2020 | tel. conf re home care/day care system | 0.60 | $150.00 | Cathy Kim | $90.00 |
| Service | 08/20/2020 | tel. conf re home care/day care system | 0.60 | $430.00 | Michael Ryu | $258.00 |
| Service | 08/20/2020 | conference | 0.40 | $430.00 | Michael Ryu | $172.00 |
| Service | 08/20/2020 | review facts | 0.60 | $430.00 | Michael Ryu | $258.00 |
| Service | 08/20/2020 | Organizing/cleaning the note that I took during conf. call -> saving to her folder | 0.20 | $150.00 | Cathy Kim | $30.00 |
| Service | 09/01/2020 | Printing Retainer to VA office | 0.10 | $150.00 | Cathy Kim | $15.00 |
| Service | 09/08/2020 | draft complaint | 0.30 | $430.00 | Michael Ryu | $129.00 |
| Service | 09/08/2020 | Inputting timesheet log into Excel | 0.50 | $150.00 | Cathy Kim | $75.00 |
| Service | 09/08/2020 | attempt to confer | 0.10 | $430.00 | Michael Ryu | $43.00 |
| Service | 09/08/2020 | conference with client | 0.40 | $430.00 | Michael Ryu | $172.00 |
| Service | 09/10/2020 | draft complaint | 0.60 | $430.00 | Michael Ryu | $258.00 |
| Service | 09/10/2020 | attention to filing docs | 0.10 | $430.00 | Michael Ryu | $43.00 |
| Service | 09/14/2020 | attention to the service | 0.10 | $430.00 | Michael Ryu | $43.00 |
| Service | 09/16/2020 | [HJ] Calculate hourly rate | 0.40 | $150.00 | Cathy Kim | $60.00 |
| Service | 09/21/2020 | conference with client | 0.40 | $430.00 | Michael Ryu | $172.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 09/22/2020 | Saving scanned paystubs from Odrive to SON's folder -> email to HJ | 0.10 | $150.00 | Cathy Kim | $15.00 |
| Service | 09/25/2020 | emails to the opposing counsel re acceptance of service | 0.10 | $430.00 | Michael Ryu | $43.00 |
| Service | 09/28/2020 | email to the opposing counsel asking to elect the due date for the answer | 0.10 | $430.00 | Michael Ryu | $43.00 |
| Service | 09/29/2020 | Requested the opposing counsel to provide defendants' notice of waiver of service for filing | 0.10 | $430.00 | Michael Ryu | $43.00 |
| Service | 03/24/2021 | draft joint discovery plant and serve the opposing counsel for comments and filing | 0.50 | $480.00 | Michael Ryu | $240.00 |
| Service | 03/24/2021 | [h] scheduling and calenaring due dates | 0.30 | $480.00 | Michael Ryu | $144.00 |
| Service | 04/19/2021 | [all 3 p] rule 26 a disclosures | 0.90 | $480.00 | Michael Ryu | $432.00 |
| Service | 05/12/2021 | prep discovery demands | 1.40 | $480.00 | Michael Ryu | $672.00 |
| Service | 05/12/2021 | prepare and draft P's RPD to Rebecca Cho 1st set | 0.30 | $180.00 | Cathy Kim | $54.00 |
| Service | 05/12/2021 | edit RPD to Friends Health Care Team, Inc. 1st set | 0.10 | $180.00 | Cathy Kim | $18.00 |
| Service | 05/12/2021 | edit I to Rebecca Cho, 1st set | 0.20 | $180.00 | Cathy Kim | $36.00 |
| Service | 05/12/2021 | finalize and email to OC, Mr. Krone I to Rebecca Cho & Friends Health Care RPD to Rebecca Cho & Friends Health Care | 0.20 | $180.00 | Cathy Kim | $36.00 |
| Service | 05/13/2021 | compare RPD for Rebecca and Friends Healthcare | 0.20 | $180.00 | Cathy Kim | $36.00 |
| Service | 05/14/2021 | [HJ] Calculate unpaid wage | 0.40 | $180.00 | Cathy Kim | $72.00 |
| Service | 05/14/2021 | [HJ] Calculate unpaid wage | 0.70 | $180.00 | Cathy Kim | $126.00 |
| Service | 05/14/2021 | [HJ] Calculate unpaid wage | 0.50 | $180.00 | Cathy Kim | $90.00 |
| Service | 05/14/2021 | [HJ] Calculate unpaid wage | 0.30 | $180.00 | Cathy Kim | $54.00 |
| Service | 05/20/2021 | [5 p] review unpaid wage calculations for all plaintiffs | 0.50 | $480.00 | Michael Ryu | $240.00 |
| Service | 05/20/2021 | [HJ] Instruction of attorney regarding the wage case | 0.20 | $180.00 | Cathy Kim | $36.00 |
| Service | 05/25/2021 | calculating discovery demands date and docket our calendar | 0.20 | $180.00 | Cathy Kim | $36.00 |
| Service | 05/26/2021 | schedule deposition | 0.30 | $480.00 | Michael Ryu | $144.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 05/26/2021 | [3 p] settlement demand and encouragement | 0.20 | $480.00 | Michael Ryu | $96.00 |
| Service | 05/27/2021 | [3 p] review objections to discovery demands | 0.70 | $480.00 | Michael Ryu | $336.00 |
| Service | 06/09/2021 | [5 p] conference with the opposing counsel re discovery issues, and settlement | 1.50 | $480.00 | Michael Ryu | $720.00 |
| Service | 06/09/2021 | [5 p] review the defendants' calculations | 0.20 | $480.00 | Michael Ryu | $96.00 |
| Service | 06/09/2021 | [5 p] analysis of the background facts | 0.10 | $480.00 | Michael Ryu | $48.00 |
| Service | 06/11/2021 | [3 p] review offers | 0.20 | $480.00 | Michael Ryu | $96.00 |
| Service | 06/21/2021 | conference with client | 0.50 | $480.00 | Michael Ryu | $240.00 |
| Service | 06/22/2021 | [5 p] cross-defendants to the opposing counsel regarding additional facts to support the plaintiff's settlement offers | 0.30 | $480.00 | Michael Ryu | $144.00 |
| Service | 06/27/2021 | [3 p son kim kim] review demands and raised objections as necessary. | 0.30 | $480.00 | Michael Ryu | $144.00 |
| Service | 06/27/2021 | litigation strategy and scheduling | 0.30 | $480.00 | Michael Ryu | $144.00 |
| Service | 06/29/2021 | [5 p] review documents | 1.10 | $480.00 | Michael Ryu | $528.00 |
| Service | 06/29/2021 | review answers to interrogatories | 0.20 | $480.00 | Michael Ryu | $96.00 |
| Service | 06/29/2021 | [5 p] litigation strategy | 0.20 | $480.00 | Michael Ryu | $96.00 |
| Service | 07/01/2021 | [3 p] attention to the defendants' response to the settlement offer and demand response | 0.10 | $480.00 | Michael Ryu | $48.00 |
| Service | 07/02/2021 | [5 p] respondents with the opposing counsel regarding discovery issue and the settlement conference | 0.60 | $480.00 | Michael Ryu | $288.00 |
| Service | 07/02/2021 | [5 p] conference with the opposing counsel re issues including email to the opposing counsel | 0.50 | $480.00 | Michael Ryu | $240.00 |
| Service | 07/06/2021 | [5 p] review the defendant's argument and responded thereto. | 1.30 | $480.00 | Michael Ryu | $624.00 |
| Service | 07/06/2021 | attempt to contact the defendants' counsel | 0.20 | $480.00 | Michael Ryu | $96.00 |
| Service | 07/06/2021 | case analysis | 0.30 | $480.00 | Michael Ryu | $144.00 |
| Service | 07/12/2021 | answer to interrogatories | 2.10 | $480.00 | Michael Ryu | $1,008.00 |
| Service | 07/12/2021 | prepare for summary judgment | 0.60 | $480.00 | Michael Ryu | $288.00 |
| Service | 07/12/2021 | conference with client re settlement | 0.30 | $480.00 | Michael Ryu | $144.00 |
| Service | 07/12/2021 | analyze the offer from the opposing | 0.90 | $480.00 | Michael Ryu | $432.00 |

| | | counsel | | | | |
|---|---|---|---|---|---|---|
| Service | 07/13/2021 | draft a counter settlement demand | 1.10 | $480.00 | Michael Ryu | $528.00 |
| Service | 07/13/2021 | review a counteroffer from the opposing counsel and response thereto | 0.10 | $480.00 | Michael Ryu | $48.00 |
| Service | 07/14/2021 | conference with client | 0.70 | $480.00 | Michael Ryu | $336.00 |
| Service | 07/14/2021 | [5 p] NPI # research | 0.30 | $480.00 | Michael Ryu | $144.00 |
| Service | 07/14/2021 | review documents from defendants | 0.50 | $480.00 | Michael Ryu | $240.00 |
| Service | 07/14/2021 | [3 p] review and select witnesses and exhibits; prep exhibit and witness lists and Rule 26a3 disclosures | 3.50 | $480.00 | Michael Ryu | $1,680.00 |
| Service | 07/15/2021 | prep for final pretrial conference; filing lists and disclosure; service thereof | 0.90 | $480.00 | Michael Ryu | $432.00 |
| Service | 07/15/2021 | final pretrial | 1.00 | $480.00 | Michael Ryu | $480.00 |
| Service | 07/19/2021 | conference with client | 0.40 | $480.00 | Michael Ryu | $192.00 |
| Service | 07/19/2021 | response to the offer; counteroffer | 0.20 | $480.00 | Michael Ryu | $96.00 |
| Service | 07/19/2021 | objections to exhibits | 0.10 | $480.00 | Michael Ryu | $48.00 |
| Service | 07/21/2021 | attention to activity in case (notice) and docket calendar | 0.10 | $180.00 | Cathy Kim | $18.00 |
| Service | 07/21/2021 | objections to trial exhibits | 0.80 | $480.00 | Michael Ryu | $384.00 |
| Service | 07/21/2021 | finalize Objections to Trial Exhibits | 0.10 | $180.00 | Cathy Kim | $18.00 |
| Service | 07/21/2021 | eFile Plaintiffs Objections to Witnesses and Exhibit to ECF | 0.10 | $180.00 | Cathy Kim | $18.00 |
| Service | 07/23/2021 | attempt to download subpoenaed documents received from Friends Health Care Team but could not download them. Email sent to OC | 0.20 | $180.00 | Cathy Kim | $36.00 |
| Service | 07/27/2021 | factual investigation; conference with client | 0.50 | $480.00 | Michael Ryu | $240.00 |
| Service | 07/27/2021 | conference with client re collection issue | 0.20 | $480.00 | Michael Ryu | $96.00 |
| Service | 07/28/2021 | negotiation of the settlement terms | 0.20 | $480.00 | Michael Ryu | $96.00 |
| Service | 07/28/2021 | negotiate detailed terms | 0.60 | $480.00 | Michael Ryu | $288.00 |
| Service | 08/02/2021 | draft settlement agreement | 1.20 | $480.00 | Michael Ryu | $576.00 |
| Service | 08/04/2021 | revise settlement agreement | 0.20 | $480.00 | Michael Ryu | $96.00 |
| Service | 08/11/2021 | send out settlement agreement to plaintiffs | 0.50 | $180.00 | Cathy Kim | $90.00 |
| Service | 08/11/2021 | arrange conf. call re settlement agreement | 0.40 | $180.00 | Cathy Kim | $72.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | with Ps and MR BHSN | | | | |
| Service | 08/11/2021 | settlement conference call with all of P+MR BHSN | 0.40 | $180.00 | Cathy Kim | $72.00 |
| Service | 08/13/2021 | 1) review signed settlement agreement from Jong Choun Kim and Hye Young Son 2) review other P's about signing & returning document to us | 0.20 | $180.00 | Cathy Kim | $36.00 |
| | | | | | **Services Subtotal** | **$17,258.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Professional | Total |
|---|---|---|---|---|---|---|
| Expense | 09/11/2020 | Filing Fee (EDVA FED) | 1.00 | $400.00 | Michael Ryu | $400.00 |
| | | | | | **Expenses Subtotal** | **$400.00** |

| Professional | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Ryu | Partner Attorney | 29.1 | $480.00 | $13,968.00 |
| Michael Ryu | Partner Attorney | 4.7 | $430.00 | $2,021.00 |
| Cathy Kim | Paralegal | 5.3 | $180.00 | $954.00 |
| Cathy Kim | Paralegal | 2.1 | $150.00 | $315.00 |
| | | | **Subtotal** | **$17,658.00** |
| | | | **Total** | **$17,658.00** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 41 | 09/23/2021 | $17,658.00 | $0.00 | $17,658.00 |
| | | | **Outstanding Balance** | **$17,658.00** |
| | | | **Total Amount Outstanding** | **$17,658.00** |

Please make all amounts payable to: Ryu & Ryu PLC

Please pay within 30 days.

# Ryu & Ryu PLC

301 Maple Avenue West Suite 620
Vienna, VA 22180
United States

# INVOICE

Invoice # 42
Date: 08/24/2021
Due On: 09/23/2021

In Sook KIM

## VA-800102-0137==Wage VA In Sook Kim v Friends

## FLSA 20-01064 1064

| Type | Date | Notes | Quantity | Rate | Professional | Total |
|------|------|-------|----------|------|--------------|-------|
| Service | 09/08/2020 | conference with client | 0.20 | $430.00 | Michael Ryu | $86.00 |
| Service | 09/08/2020 | draft complaint | 0.40 | $430.00 | Michael Ryu | $172.00 |
| Service | 09/08/2020 | conference with client | 0.20 | $430.00 | Michael Ryu | $86.00 |
| Service | 09/10/2020 | draft complaint | 0.30 | $430.00 | Michael Ryu | $129.00 |
| Service | 09/10/2020 | attention to filing docs | 0.10 | $430.00 | Michael Ryu | $43.00 |
| Service | 09/14/2020 | attention to the service | 0.10 | $430.00 | Michael Ryu | $43.00 |
| Service | 09/25/2020 | email to the opposing counsel re acceptance of service | 0.10 | $430.00 | Michael Ryu | $43.00 |
| Service | 09/28/2020 | email to the opposing counsel asking to elect the due date for the answer | 0.10 | $430.00 | Michael Ryu | $43.00 |
| Service | 05/26/2021 | conference with client re settlement | 0.10 | $480.00 | Michael Ryu | $48.00 |
| Service | 06/02/2021 | Conference with the client regarding the defendant's offer of judgment | 0.20 | $480.00 | Michael Ryu | $96.00 |
| Service | 06/21/2021 | conference with client | 0.20 | $480.00 | Michael Ryu | $96.00 |

| Professional | Position | Quantity | Rate | Total |
|--------------|----------|----------|------|-------|
| Michael Ryu | Partner Attorney | 0.5 | $480.00 | $240.00 |
| Michael Ryu | Partner Attorney | 1.5 | $430.00 | $645.00 |
| | | | **Subtotal** | **$885.00** |
| | | | **Total** | **$885.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 42 | 09/23/2021 | $885.00 | $0.00 | $885.00 |
| | | | **Outstanding Balance** | **$885.00** |
| | | | **Total Amount Outstanding** | **$885.00** |

Please make all amounts payable to: Ryu & Ryu PLC

Please pay within 30 days.

# Ryu & Ryu PLC

# INVOICE

301 Maple Avenue West Suite 620
Vienna, VA 22180

Invoice # 43
Date: 08/24/2021
Due On: 09/23/2021

Jong Choun Kim
216 Raintree Road
Jacksonville, NC 28540

## VA-800506-1220==Wage VA Kim, Jong Choun

## FLSA 20-01064 1064

### Services

| Type | Date | Notes | Quantity | Rate | Professional | Total |
|------|------|-------|----------|------|--------------|-------|
| Service | 09/08/2020 | conference with client | 1.90 | $430.00 | Michael Ryu | $817.00 |
| Service | 09/08/2020 | Inputting timesheet log into Excel | 0.80 | $150.00 | Cathy Kim | $120.00 |
| Service | 09/08/2020 | draft complaint | 0.40 | $430.00 | Michael Ryu | $172.00 |
| Service | 09/10/2020 | draft complaint | 0.20 | $430.00 | Michael Ryu | $86.00 |
| Service | 09/10/2020 | attention to filing docs | 0.10 | $430.00 | Michael Ryu | $43.00 |
| Service | 09/14/2020 | attention to the service | 0.10 | $430.00 | Michael Ryu | $43.00 |
| Service | 09/16/2020 | review D's R to RPD - FHT | 0.60 | $430.00 | Michael Ryu | $258.00 |
| Service | 09/28/2020 | email to the opposing counsel asking to elect the due date for the answer | 0.10 | $430.00 | Michael Ryu | $43.00 |
| Service | 09/29/2020 | conference with client | 0.10 | $430.00 | Michael Ryu | $43.00 |
| Service | 10/01/2020 | conference with client | 0.90 | $430.00 | Michael Ryu | $387.00 |
| Service | 05/26/2021 | call with client | 0.10 | $180.00 | Cathy Kim | $18.00 |
| Service | 05/26/2021 | conference with client re settlement | 0.10 | $480.00 | Michael Ryu | $48.00 |
| Service | 06/21/2021 | conference with client | 0.30 | $480.00 | Michael Ryu | $144.00 |
| Service | 07/02/2021 | Conference with client | 0.20 | $480.00 | Michael Ryu | $96.00 |
| Service | 07/13/2021 | call with client | 0.10 | $180.00 | Cathy Kim | $18.00 |
| Service | 07/14/2021 | call with client | 0.10 | $180.00 | Cathy Kim | $18.00 |

**Services Subtotal** **$2,354.00**

## Expenses

| Type | Date | Notes | Quantity | Rate | Professional | Total |
|---|---|---|---|---|---|---|
| Expense | 05/06/2020 | Postage (USPS): 1. Mailed out (Checklist and Retainer) 2. Return Envelope | 2.00 | $7.75 | Cathy Kim | $15.50 |
| Expense | 08/12/2021 | FedEx to client: Settlement Agreement | 1.00 | $34.85 | Cathy Kim | $34.85 |
| | | | | **Expenses Subtotal** | | **$50.35** |

| Professional | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Ryu | Partner Attorney | 0.6 | $480.00 | $288.00 |
| Michael Ryu | Partner Attorney | 4.4 | $430.00 | $1,892.00 |
| Cathy Kim | Paralegal | 0.3 | $180.00 | $54.00 |
| Cathy Kim | Paralegal | 0.8 | $150.00 | $120.00 |
| | | | **Subtotal** | **$2,404.35** |
| | | | **Total** | **$2,404.35** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 43 | 09/23/2021 | $2,404.35 | $0.00 | $2,404.35 |
| | | | **Outstanding Balance** | **$2,404.35** |
| | | | **Total Amount Outstanding** | **$2,404.35** |

Please make all amounts payable to: Ryu & Ryu PLC

Please pay within 30 days.