IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| Hye Young Son, et al., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:20-cv-01064 |
| Friends Health Care Team, Inc., et al., | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

This matter comes before the Court on a Joint Motion for Approval of Settlement by Plaintiffs Hye Young Son, In Sook Kim, and Jong Choun Kim, and Defendants Friends Health Care Team, Inc. and Rebecca Cho. It appearing to the Court that the parties have reached a fair and reasonable resolution, it is hereby

ORDERED that the Settlement Agreement and Release is approved, and this case is dismissed.

*Claude M. Hilton*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 2, 2021